Helen F. Dalton & Associates, P.C.
James O'Donnell (JO 8042)
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
Telephone: (718) 263-9591

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

HUMBERTO CHACON, individually and on behalf of all others similarly situated,

                    Plaintiff,

-against-

AMITY CAR WASH, INC. d/b/a AMITY CAR WASH AND DETAIL CENTER and CRAIG DELUCA, as an individual,

                    Defendants.

----------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

**21-cv-6201**

**PLEASE TAKE NOTICE** that HELEN F. DALTON & ASSOCIATES, P.C., attorneys for Plaintiff herein, add the undersigned as co-counsel of record for Plaintiff in this matter:

James O'Donnell (JO 8042) – jamespodonnell86@gmail.com
Helen F. Dalton & Associates, P.C.
Attorneys for Plaintiffs
80-02 Kew Gardens Road Suite 601
Kew Gardens, New York 11415
Tel: 718-263-9591

Dated: Kew Gardens, NY
       November 8, 2021

                      /s/James O'Donnell
                      James O'Donnell (JO 8042)
                      Helen F. Dalton & Associates, P.C.
                      Attorneys for Plaintiffs
                      80-02 Kew Gardens Road Suite 601
                      Kew Gardens, New York 11415