ATTORNEY(S) : Helen F. Dalton & Associates, P.C.

INDEX # : 2:21-cv-06201-grb-st

PURCHASED/FILED :

STATE OF : NEW YORK

COURT : U. S. District

COUNTY/DISTRICT : Eastern Dist.

P5676689

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Humberto Chacon, Individually and on Behalf of All Others Similarly Situated

Plaintiff(s)

against

Amity Car Wash, Inc D/B/A Amity Car Wash and Detail Center, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY )SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**      Approx. Age:   60 yrs

Weight:   120 lbs   Height:   5' 1"   Sex:  Female   Color of skin:   White

Hair color:   Brown   Other:

**Robert Guyette**                      , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **November 19, 2021**      , at   **12:55 PM** , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons & Complaint Civil Cover Sheet**

on

**Amity Car Wash, Inc D/B/A Amity Car Wash and Detail Center**

the Defendant in this action, by delivering to and leaving with        **Nancy Dougherty**

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies   thereof and that at the time of making such service, deponent paid said Secretary of State a fee of        $40        dollars; That said service was made pursuant to Section   **BUSINESS CORPORATION LAW §306.**

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

19th   day of         November, 2021

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette

**Invoice·Work Order #** 2137537
Attorney File #  **5676689**