Form 3 - DOOR WITH MILITARY


P5677000

**HELEN F. DALTON & ASSOCIATES, P.C**   James Odonnell
US DISTRICT COURT

HUMBERTO CHACON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

index No. **2:21-CV-06201-GRB-ST**

PLAINTIFF   Date Filed
- vs -   Office No.

AMITY CAR WASH, INC. D/B/A AMITY CAR WASH AND DETAIL CENTER, ETAL

DEFENDANT   Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK   :SS:

**MATTHEW DONOVAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **04TH** day of **DECEMBER, 2021 5:55PM** at

**16 POCAHONTAS STREET W**

**MASSAPEQUA NY 11758**
deponent attempted to make personal service of a true copy or copies of the
**CIVIL COVER SHEET, SUMMONS AND COMPLAINT**
in the above entitled action upon **CRAIG DELUCA**
the **DEFENDANT** therein named.

Deponent made prior diligent efforts to effect personal service upon the said **DEFENDANT** at the above address to wit: **11/17/2021, 3:03PM 11/24/2021, 6:29PM** ,
Deponent was unable to confirm the **DEFENDANT's** place of employment or work habits.

That personal service could not be made with due diligence upon the said **DEFENDANT** and therefore deponent on the **04TH** day of **DECEMBER, 2021 at 5:55PM** at the above address, served a true copy of the aforementioned document(s) herein upon the said **DEFENDANT CRAIG DELUCA** by affixing the same to the door of **the usual place of abode of the DEFENDANT** since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same, true copy thereof.

On **12/10/2021** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address.
That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS: DMV VERIFIED.**

Sworn to before me this
10TH day of DECEMBER, 2021

JEFFREY RUBELL
Notary Public, State of New York
No. 01RU6216027
Qualified in NASSAU COUNTY
Commission Expires 01/11/2022

MATTHEW DONOVAN
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-HFD-5677000

Form 3 - DOOR WITH MILITARY


P5677000

| **HELEN F. DALTON & ASSOCIATES, P.C**   James Odonnell | |
|---|---|
| US DISTRICT COURT | |
| HUMBERTO CHACON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | Index No. **2:21-CV-06201-GRB-ST** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. |
| AMITY CAR WASH, INC. D/B/A AMITY CAR WASH AND DETAIL CENTER, ETAL | Court Date. |
| DEFENDANT | |

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**MATTHEW DONOVAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **04TH** day of **DECEMBER, 2021 5:55PM** at

**16 POCAHONTAS STREET W**

**MASSAPEQUA NY 11758**
deponent attempted to make personal service of a true copy or copies of the
**CIVIL COVER SHEET, SUMMONS AND COMPLAINT**
in the above entitled action upon **CRAIG DELUCA**
the **DEFENDANT** therein named.

Deponent made prior diligent efforts to effect personal service upon the said **DEFENDANT** at the above address to wit: **11/17/2021, 3:03PM 11/24/2021, 6:29PM ,**
Deponent was unable to confirm the **DEFENDANT's** place of employment or work habits.

That personal service could not be made with due diligence upon the said **DEFENDANT** and therefore deponent on the **04TH** day of **DECEMBER, 2021 at 5:55PM** at the above address, served a true copy of the aforementioned document(s) herein upon the said **DEFENDANT CRAIG DELUCA** by affixing the same to the door of **the usual place of abode of the DEFENDANT** since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same, true copy thereof.

On **12/10/2021** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address.
That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS: DMV VERIFIED.**

Sworn to before me this
10TH day of DECEMBER, 2021

JEFFREY RUBEN
Notary Public, State of New York
No. 01RU6216027
Qualified in NASSAU COUNTY
Commission Expires 01/11/2022

MATTHEW DONOVAN
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-HFD-5677000

Form 3 - DOOR WITH MILITARY


P5677000

**HELEN F. DALTON & ASSOCIATES, P.C**  James Odonnell
US DISTRICT COURT

HUMBERTO CHACON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED
                                                        PLAINTIFF
                          - vs -
AMITY CAR WASH, INC. D/B/A AMITY CAR WASH AND DETAIL CENTER, ETAL
                                                        DEFENDANT

index No. **2:21-CV-06201-GRB-ST**
Date Filed
Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**MATTHEW DONOVAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **04TH** day of **DECEMBER, 2021 5:55PM** at

**16 POCAHONTAS STREET W**

**MASSAPEQUA NY 11758**
deponent attempted to make personal service of a true copy or copies of the
**CIVIL COVER SHEET, SUMMONS AND COMPLAINT**
in the above entitled action upon **CRAIG DELUCA**
the **DEFENDANT** therein named.

Deponent made prior diligent efforts to effect personal service upon the said **DEFENDANT** at the above address to wit: **11/17/2021, 3:03PM 11/24/2021, 6:29PM** ,
Deponent was unable to confirm the **DEFENDANT's** place of employment or work habits.

That personal service could not be made with due diligence upon the said **DEFENDANT** and therefore deponent on the **04TH** day of **DECEMBER, 2021 at 5:55PM** at the above address, served a true copy of the aforementioned document(s) herein upon the said **DEFENDANT CRAIG DELUCA** by affixing the same to the door of **the usual place of abode of the DEFENDANT** since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same, true copy thereof.

On **12/10/2021** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address.
That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS: DMV VERIFIED.**

Sworn to before me this
10TH day of DECEMBER, 2021

JEFFREY RUBELL
Notary Public, State of New York
No. 01RU6216027
Qualified in NASSAU COUNTY
Commission Expires 01/11/2022

MATTHEW DONOVAN
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-HFD-5677000