UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HUMBERTO CHACON,

**Case No.:** 2:21-cv-6201 (GRB) (ST)

                        Plaintiff,

-against-

AMITY CAR WASH, INC. d/b/a AMITY CAR
WASH AND DETAIL CENTER and CRAIG
DELUCA,

                       Defendants.
------------------------------------------------------------------X

### NOTICE OF APPEARANCE OF EMANUEL KATAEV, ESQ. FOR DEFENDANTS

      PLEASE TAKE NOTICE that Emanuel Kataev, Esq. hereby appears as counsel for Defendants.  I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated:  Lake Success, New York
          December 17, 2021

                                                Respectfully submitted,

                                               **MILMAN LABUDA LAW GROUP PLLC**

                                               __/s Emanuel Kataev, Esq.__
                                               Emanuel Kataev, Esq.
                                               3000 Marcus Avenue, Suite 3W8
                                             Lake Success, NY 11042-1073
                                             (516) 328-8899 (office)
                                             (516) 303-1395 (direct dial)
                                             (516) 328-0082 (facsimile)
                                             emanuel@mllaborlaw.com

                                             *Attorneys for Defendants*

**VIA ECF**
Helen F. Dalton & Associates, P.C.
<u>Attn</u>: Roman M. Avshalumov & James Patrick Peter O'Donnell, Esqs.
8002 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415-1102
avshalumovr@yahoo.com
jamespodonnell86@gmail.com