**CONSENT TO JOIN COLLECTIVE ACTION FOR OVERTIME WAGES/UNPAID WAGES**

By signing below, I wish to participate in a lawsuit to recover any overtime wages or unpaid wages that may be owed to me under the Fair Labor Standards Act against:

AMITY CAR WASH INC d/b/a AMITY CAR WASH AND DETAIL CENTER AND CRAIG DELUCA

Name (Print): Carlos Enrique Tejada Chacon

Address: [redacted]

City: [redacted]

Telephone: [redacted]

E-mail: ______________________

SIGNATURE: ______________________

DATE 27/01/22