**CONSENT TO JOIN COLLECTIVE ACTION FOR OVERTIME WAGES/UNPAID WAGES**

By signing below, I wish to participate in a lawsuit to recover any overtime wages or unpaid wages that may be owed to me under the Fair Labor Standards Act against:

AMITY CAR WASH INC d/b/a AMITY CAR WASH AND DETAIL CENTER AND CRAIG DELUCA

Name (Print): Dennis Oswaldo Prince-Canas

Address: [redacted]

City: [redacted]

Telephone: [redacted]

E-mail: 2021/ L098

SIGNATURE: ____________

DATE: 01/27/22