# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | March 14, 2022 |
| **TIME:** | 2:30 P.M. |
| **DOCKET NUMBER(S):** | CV-21-6201 (GRB) |
| **NAME OF CASE(S):** | CHACON V. AMITY CAR WASH, INC. ET. AL. |
| **FOR PLAINTIFF(S):** | O'Donnell |
| **FOR DEFENDANT(S):** | Kataev |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM INITIAL CONFERENCE:**

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 3/21/22;

Completion of Phase I discovery - 5/16/22;

Deadline for motions to join new parties or amend pleadings - 6/17/22;

First requests for production of documents and interrogatories due by - 6/30/22;

All fact discovery to be completed by 10/14/22;

Final date to take first step in dispositive motion practice - 11/14/22.

At the request of the parties, the case will be referred to the Court-Annexed Mediation Program pursuant to Local Rule 83.8.  Mediator to be selected by March 30, 2022 and Mediation shall be completed by June 13, 2022.  Parties shall file a joint status report by June 20, 2022.