UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
HUMBERTO CHACON, individually and on behalf of all others similarly situated,

                        Plaintiff,

      -against-

AMITY CAR WASH, INC. d/b/a AMITY CAR WASH AND DETAIL CENTER and CRAIG DELUCA, as an individual,

                       Defendants.
------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

**21-cv-6201**

      **PLEASE TAKE NOTICE**, that HELEN F. DALTON & ASSOCIATES, P.C., attorneys of record for the Plaintiff herein, hereby adds the undersigned as co-counsel of record, for the Plaintiff on this matter:

Katelyn M. Schillaci, Esq. (6060156)  – katelyn@helendalton.com
**HELEN F. DALTON & ASSOCIATES, P.C.**
*Attorneys for Plaintiff*
80-02 Kew Gardens Road Suite 601
Kew Gardens, New York 11415
Tel: 718-263-9591

Dated: Kew Gardens, New York
       May 15, 2024

                                   *Katelyn M. Schillaci*
                                   Katelyn M. Schillaci, Esq.
                                   **HELEN F. DALTON & ASSOCIATES, P.C.**
                                   Attorneys for the Plaintiff
                                   80-02 Kew Gardens Road
                                   Suite 601
                                   Kew Gardens, New York 11415