

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

May 15, 2024

To (via ECF):
Honorable Gary R. Brown, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    Chacon v. Amity Car Wash, Inc. et. al.
               Civil Docket No.: 2:21-cv-06201-GRB-ST

Dear Judge Brown:

      Our office represents Plaintiffs in the above-referenced matter, and we submit this letter motion pursuant to this Court's Order dated April 18, 2024.

      The undersigned provided counsel for Defendants with revised settlement papers for review in accordance with this Court's Order dated September 29, 2023. The parties are currently in the process of reviewing and executing the revised settlement agreement. Counsel for Defendants, Mr. Kaetev, alerted the undersigned that he intends to substitute in as counsel on this matter. In light of this, Plaintiff respectfully requests a two-week (2) extension, or by May 31, 2024, to submit revised settlement papers. Counsel for Defendants consents to this request for an extension.

      We thank the Court for its kind consideration of this matter and remains available to provide any additional information.

                                                              Respectfully submitted,

                                                               /s/
                                                          _____
                                                          Katelyn M. Schillaci, Esq.

CC (via ECF):
Emanuel Kataev
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 114232327
Email: emanuel@sagelegal.nyc