

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

September 10, 2024

To (via ECF):
Honorable Gary R. Brown, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:    **Chacon v. Amity Car Wash, Inc. et. al**.
                  Civil Docket No.: 2:21-cv-06201-GRB-ST

Dear Judge Brown:

      Our office represents the Plaintiffs in the above-referenced matter, and we submit this letter motion to respectfully request the Court for a Status Conference.

      On May 11, 2022, the Court was notified that this matter has been settled via the Court annexed mediation program and the parties were ordered to file a joint motion for judicial approval of the proposed settlement that includes the proposed settlement agreement and a letter brief addressing the factors discussed in *Cheeks v. Freeport Pancake House, Inc*. Since then, the parties have submitted their settlement papers twice (Dkt. Nos. 36 & 39) but were both denied. *"Specifically, section 2.a. reflects internally inconsistent monetary figures. Further, the release of plaintiffs' claims appears to be overbroad. See Aguilar v. N & A Prods. Inc., No. 19-CV-1703 (RA), 2019 WL 5449061, at \*3 (S.D.N.Y. Oct. 24, 2019); Benshabat v. T-Fusion LLC, No. 20-CV-3718-LDH-SJB, 2021 WL 7209244, at \*2 (E.D.N.Y. Mar. 19, 2021). The non-disparagement clause is also improper. See Lopez v. Nights of Cabiria, LLC, 96 F. Supp. 3d 170, 181 (S.D.N.Y. 2015)."*

      Our office has made numerous follow-ups to Defendants counsel regarding the revised settlement agreement which complies with the Court's Order. Most recently on August 29, 2024, counsel for Defendants explained that he would follow-up with Defendants about the revised settlement agreement, but has failed to respond to date despite follow-up emails. In light of the foregoing, we respectfully request the Court for a Status Conference at the Court's convenience.

      We thank the Court for its kind consideration of this matter and remains available to provide any additional information.

                                                                Respectfully submitted,

                                                                     /s/

                                                             _____
                                                             Katelyn M. Schillaci, Esq.

CC (via ECF):
Emanuel Kataev
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 114232327
Email: emanuel@sagelegal.nyc